AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| THE HAPA GROUP, INC., a Colorado corporation,<br><br>*Plaintiff(s)*<br>v.<br>HAPA RAMEN, LLC, an Oregon limited liability company, MICHAEL LITTMAN and SARAH LITTMAN, and their marital community,<br><br>*Defendant(s)* | Civil Action No.   3:24-cv-01726-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HAPA RAMEN, LLC
3848 SE Gladstone St.,
Portland, Oregon 97202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carrie Lofts, OSBA #240949
Ben Hodges, pro hac vice forthcoming
Kelly Mennemeier, pro hac vice forthcoming
Foster Garvey PC
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 10/11/2024

By: s/G. Davis, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| THE HAPA GROUP, INC., a Colorado corporation,<br><br>*Plaintiff(s)*<br>v.<br>HAPA RAMEN, LLC, an Oregon limited liability company, MICHAEL LITTMAN and SARAH LITTMAN, and their marital community,<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-01726-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Littman
4815 SE Rural St.
Portland, Oregon 97206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carrie Lofts, OSBA #240949
Ben Hodges, pro hac vice forthcoming
Kelly Mennemeier, pro hac vice forthcoming
Foster Garvey PC
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 10/11/2024                         By: s/G. Davis, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| THE HAPA GROUP, INC., a Colorado corporation,<br><br>*Plaintiff(s)*<br>v.<br>HAPA RAMEN, LLC, an Oregon limited liability company, MICHAEL LITTMAN and SARAH LITTMAN, and their marital community,<br><br>*Defendant(s)* | Civil Action No.  3:24-cv-01726-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Littman
4815 SE Rural St.
Portland, Oregon 97206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carrie Lofts, OSBA #240949
Ben Hodges, pro hac vice forthcoming
Kelly Mennemeier, pro hac vice forthcoming
Foster Garvey PC
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 10/11/2024

By: s/G. Davis, Deputy Clerk